BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>MANIGLIA LANDSCAPE, INC., a California Corporation; MANIGLIA LANDSCAPE SERVICES, INC., a California Corporation; COHEN LANDSCAPE SERVICES, INC., a California Corporation; THE CELTIS GROUP, INC., a California Corporation; and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT

1  Plaintiffs complain of Defendants, and for cause of action allege:

2  **JURISDICTION AND INTRADISTRICT ASSIGNMENT**

3  I.

4  This action arises under and is brought pursuant to section 502 of the Employee

5  Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

6  Labor Management Relations Act (LMRA) (29 U.S.C. § 185). Venue properly lies in this district

7  court since contributions are due and payable in the County of San Francisco. Therefore,

8  intradistrict venue is proper.

9  **PARTIES**

10  II.

11  At all times material herein, Plaintiffs The Board of Trustees were Trustees of the

12  Laborers Health and Welfare Trust Fund for Northern California (hereinafter "Welfare Fund");

13  Laborers Vacation-Holiday Trust Fund for Northern California (hereinafter "Vacation Fund");

14  Laborers Pension Trust Fund for Northern California (hereinafter "Pension Fund"); and Laborers

15  Training and Retraining Trust Fund for Northern California (hereinafter "Training Fund",

16  together with the Welfare Fund, Vacation Fund, and Pension Fund, collectively referred to as

17  "Trust Funds"). At all times material herein, each of the above-named Trust Funds was, and now

18  is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to

19  section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer

20  employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§

21  1002, 1003 and 1132). Each of the above-named Trust Funds is administered by a Board of

22  Trustees which may bring this action in the name of the Trust Funds pursuant to the express

23  provisions of the Trust Agreements. All of the above named Trust Funds and their respective

24  Board of Trustees shall hereinafter be designated collectively as "Plaintiffs".

25  III.

26  At all times material herein, Maniglia Landscape, Inc., a California Corporation; Maniglia

27  Landscape Services, Inc., a California Corporation; Cohen Landscape Services, Inc.; and The

28  Celtis Group, Inc., a California Corporation (hereinafter referred to as "Defendants"), have been

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

employers within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and employers in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

Plaintiffs are informed and believe and thereupon allege that Defendants Maniglia Landscape, Inc.; Maniglia Landscape Services, Inc.; Cohen Landscape Services, Inc.; and The Celtis Group, Inc., and each of them are alter-egos; interrelated; overlapping; under common management, control, ownership, and operation; successors; or a single employer as contemplated in the applicable labor agreements and therefore, Defendants, and each of them, are bound to the applicable labor agreements.

Defendants, DOES 1 through 10, inclusive, are sued herein under such fictitious names, their true names and capacities, whether individual, corporate, associate, or otherwise being unknown to Plaintiffs, who ask leave to amend this Complaint to insert their true names and capacities when they are ascertained.

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

IV.

At all relevant times, Defendants were signatory and bound to written collective bargaining agreements with the Northern California District Council of Laborers (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185).  Defendants became subject to all the terms and conditions of the Associated General Contractors Laborers Master Agreements and the Association of Construction Employers Master Agreement (hereinafter "Master Agreements") by virtue of signing a Memorandum of Agreements (hereinafter "Memorandum Agreements") with the Union, which incorporated by reference the Master Agreements. Defendants were also signatory and bound to the Landscape/Irrigation Technicians I, II, III, and IV Agreement (hereinafter "Landscape/ Irrigation Agreement"). A true and correct copy of the Associated General Contractors Master Agreement for the period of 2006 through 2010 is attached hereto as Exhibit "A". True and correct copies of the subsequent Associated General Contractors Master Agreements for the periods of 2010 through 2012, and 2012 through 2015 are attached hereto as

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT

1   Exhibit "B" and Exhibit "C". A true and correct copy of the Association of Construction
2   Employers Master Agreement for the period of 2012 through 2015 is attached hereto as Exhibit
3   "D", and true and correct copies of the Memorandum Agreements and the Landscape/Irrigation
4   Agreement are attached hereto as Exhibit "E", Exhibit "F", and Exhibit "G", all of which are
5   incorporated by reference herein.  The Master Agreements by their terms incorporate the various
6   Trust Agreements establishing each of the Trust Funds.  By said Master Agreements, Defendants
7   promised that they would contribute and pay to Plaintiffs the hourly amounts required by said
8   Agreements for each hour paid for or worked by any of their employees who performed any work
9   covered by said Agreements, and that they would be subject to and bound by all of the terms,
10  provisions, and conditions of the Trust Agreements as incorporated by the terms of the Master
11  Agreement.

12                                      V.

13  The above-mentioned Agreements provide for prompt payment of all employer
14  contributions to the various Trust Funds and provide for the payment of interest on all delinquent
15  contributions, attorneys' fees, and other collection costs, and for the audit of the signatory
16  employer or employers' books and records in order to permit the Plaintiffs to ascertain whether
17  all fringe benefit contributions have been timely paid as required by the applicable labor
18  agreements and law.

**FIRST CLAIM FOR RELIEF**
**(BREACH OF CONTRACT)**

20                                      VI.

21  Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

22                                      VII.

23  Pursuant to the Master Agreement and the Trust Agreements, audits of the books and
24  records of Defendants for the periods of January 2011 to December 2012, and January 2013 to
25  March 2014, were conducted, which revealed that fringe benefit contributions to the Trust Funds
26  have not been submitted as required by said agreements.

27                                      VIII.

28  Demands have been made of Defendants for payment of the amounts determined to be

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT

due and owing pursuant to the audits, and Defendants have refused to pay such amounts and there is now due, owing and unpaid to Plaintiff Trust Funds from Defendants, fringe benefits contributions in the amount of $1,022,053.87.

IX.

Plaintiffs are the intended third-party beneficiaries of the Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Agreement.

X.

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable agreements.

XI.

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendants' failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Labor Agreements, Trust Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2).

**SECOND CLAIM FOR RELIEF**
**(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**

XII.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

XIII.

Defendants have failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Master Agreement and Trust Agreements, and have caused Plaintiffs actual damages to be proven at the time of trial.

**THIRD CLAIM FOR RELIEF**
**(AUDIT)**

XIV.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

XV.

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine same.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT

**WHEREFORE**, Plaintiffs pray judgment against Defendants, Maniglia Landscape, Inc.; Maniglia Landscape Services, Inc.; Cohen Landscape Services, Inc.; and The Celtis Group, Inc., as follows:

1. That Defendants be ordered to pay contributions in the amount of $1,022,053.87, plus interest thereon;

2. That Defendants be ordered to pay actual damages in an amount to be proven at the time of trial;

3. That this Court issue an Order directing and permanently enjoining Defendants to submit to the Trust Funds, all reports and contributions due and owing by Defendants, plus interest, attorneys' fees, and costs as provided in ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

4. That this Court issue an Order permanently enjoining Defendants for so long as it remains obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2));

5. That Defendants be ordered to pay attorney's fees;

6. That Defendants be ordered to pay costs of suit herein;

7. That this Court grant such further relief as this Court deems just and proper; and

8. That this Court retain jurisdiction of this matter to enforce the Order compelling an Audit and payment of all amount found due and owing.

Dated: August 6, 2014    WEINBERG, ROGER & ROSENFELD
　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　/S/ *CONCEPCION E. LOZANO-BATISTA*
　　　　　　　　　　By:　CONCEPCIÓN E. LOZANO-BATISTA
　　　　　　　　　　　　　Attorneys for Plaintiffs

135721/773128

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT